UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

       v.                        :

MARK O'MARA,                      :     23 CRIM 072

          Defendant.          :

- - - - - - - - - - - - - - - - X

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 666, 1343, 1519, and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Mark O'Mara
Defendant

_____
Witness

_____
Nola B. Heller, Esq.
Samson Enzer, Esq.
Counsel for Defendant

Date:   New York, New York
        February 7, 2023

0202