# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

DANIEL R. ANDERSON
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
CHRISTOPHER BEVAN
BRADLEY J. BONDI
BROCKTON B. BOSSON
JONATHAN BROWNSON *
DONNA M. BRYAN
EMEKA C. CHINWUBA
JOYDEEP CHOUDHURI *
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
PRUE CRIDDLE ±
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
SAMSON A. ENZER
JENNIFER B. EZRING
GERALD J. FLATTMANN JR.

HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
SESI GARIMELLA
ARIEL GOLDMAN
PATRICK GORDON
JASON M. HALL
STEPHEN HARPER
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
JAKE KEAVENY
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER ‡
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

WRITER'S DIRECT NUMBER
(212) 701-3125

GEOFFREY E. LIEBMANN
MARK LOFTUS
JOHN MacGREGOR
BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
EDWARD N. MOSS
NOAH B. NEWITZ
WARREN NEWTON §
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
THOMAS ROCHER
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
ANDREW SCHWARTZ
DARREN SILVER
JOSIAH M. SLOTNICK

RICHARD A. STIEGLITZ JR.
ROSS E. STURMAN
SUSANNA M. SUH
ANTHONY K. TAMA
JOHN A. TRIPODORO
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
C. ANTHONY WOLFE
ELIZABETH M. YAHL
JOSHUA M. ZELIG

* ADMITTED AS A SOLICITOR IN
ENGLAND AND WALES ONLY
± ADMITTED AS A SOLICITOR IN
WESTERN AUSTRALIA ONLY
‡ ADMITTED IN DC ONLY
§ ADMITTED AS AN ATTORNEY
IN THE REPUBLIC OF SOUTH AFRICA
ONLY

BY ECF AND EMAIL
Honorable Richard M. Berman
United States District Court
Southern District of New York
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/23

July 28, 2023

Re:   *United States v. O'Mara*, No. 23 Cr. 72 (RMB)

Dear Judge Berman:

      We write on behalf of our client, Mark O'Mara, to respectfully request the Court's approval for Mr. O'Mara to travel to Toronto, Ontario, Canada from August 16 through 23, 2023. He also requests to stay in the Western and Northern Districts of New York as part of the travel route to and from the destination of Toronto. In Toronto, Mark would be staying at 29 Morbank Drive, Toronto, ON, M1V 2M1 with the Bilse family (one of whom co-signed Mr. O'Mara's bail bond). The Pretrial Services Officer supervising Mr. O'Mara and the Government both consent to this request.

      On February 7, 2023, Mr. O'Mara waived indictment and pleaded guilty before the Court to the charges contained in the above-referenced Information pursuant to a cooperation agreement with the Government, and he was subsequently released from custody pending his sentencing subject to bail conditions approved by the Court. Among other things, those bail conditions restrict Mr. O'Mara's travel to the Southern and Eastern Districts of New York, the District of New Jersey, the Middle District of Pennsylvania, and the Eastern, Middle, and Western Districts of Louisiana.

      Mr. O'Mara would like to travel to Toronto, Ontario, Canada from August 16 through 23, 2023 to celebrate his son's seventh birthday (August 16th) with his son's best friend, who also turns seven (August 17th) and is in Toronto. Mr. O'Mara has been fully compliant with the conditions of his bail to date.

      Accordingly, we respectfully request the Court's approval for Mr. O'Mara to travel to Toronto, Ontario, Canada, as well as the Western and Northern Districts of New York, from

CAHILL GORDON & REINDEL LLP

-2-

August 16 through 22, 2023. The Pretrial Services Officer supervising Mr. O'Mara and the Government both consent to this request.

Respectfully submitted,

/s Samson A. Enzer
Samson A. Enzer
Nola B. Heller

cc: P.S.O. Christina Venable
    A.U.S.A. Jane Kim
    A.U.S.A. Catherine Ghosh

---

Application granted on consent.

SO ORDERED:
Date: 7/31/23      /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.