# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

DANIEL R. ANDERSON
HELENE R. BANKS
ANIRUDH BANSAL
LANDIS C. BEST
CHRISTOPHER BEVAN
BROCKTON B. BOSSON
JONATHAN BROWNSON *
DONNA M. BRYAN
EMEKA C. CHINWUBA
JOYDEEP CHOUDHURI *
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
PRUE CRIDDLE ±
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
SAMSON A. ENZER
JENNIFER B. EZRING
GERALD J. FLATTMANN JR.

HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
SESI GARIMELLA
ARIEL GOLDMAN
PATRICK GORDON
JASON M. HALL
STEPHEN HARPER
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
JAKE KEAVENY
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER ‡
JOEL KURTZBERG
TED B. LACEY
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

WRITER'S DIRECT NUMBER

MARK LOFTUS
JOHN MacGREGOR
BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
EDWARD N. MOSS
JOEL MOSS
NOAH B. NEWITZ
WARREN NEWTON §
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
THOMAS ROCHER *
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
ANDREW SCHWARTZ
DARREN SILVER

JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JOHN A. TRIPODORO
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
C. ANTHONY WOLFE
ELIZABETH M. YAHL

* ADMITTED AS A SOLICITOR IN
ENGLAND AND WALES ONLY
± ADMITTED AS A SOLICITOR IN
WESTERN AUSTRALIA ONLY
‡ ADMITTED IN DC ONLY
§ ADMITTED AS AN ATTORNEY
IN THE REPUBLIC OF SOUTH AFRICA
ONLY

September 21, 2023

**VIA ECF AND EMAIL**
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/21/23]

Re:   *United States v. O'Mara*, No. 23 Cr. 72 (RMB)

Dear Judge Berman:

We write on behalf of our client, Mark O'Mara, to respectfully request the Court's approval for Mr. O'Mara to travel to Chicago, Illinois from September 30 through October 2, 2023. In Chicago, Mr. O'Mara will be staying with his sister, Keli McMahon, at 6135 North Ravenswood Avenue, Unit 5, Chicago, Illinois, 60660. The Pretrial Services Officer supervising Mr. O'Mara and the Government both consent to this request.

On February 7, 2023, Mr. O'Mara waived indictment and pleaded guilty before the Court to the charges in the above-referenced Information pursuant to a cooperation agreement with the Government, and he was subsequently released from custody pending his sentencing subject to bail conditions approved by the Court. Among other things, those bail conditions restrict Mr. O'Mara's travel to the Southern and Eastern Districts of New York, the District of New Jersey, the Middle District of Pennsylvania, and the Eastern, Middle, and Western Districts of Louisiana. Mr. O'Mara's sentencing is scheduled to take place on November 29, 2023.

Mr. O'Mara would like to travel to Chicago, Illinois from September 30 through October 2, 2023 to visit his sister and see his niece, who was born in April 2023. Mr. O'Mara has been fully compliant with the conditions of his bail to date.

CAHILL GORDON & REINDEL LLP

-2-

Accordingly, we respectfully request that the Court approve Mr. O'Mara's request to travel to Chicago, Illinois from September 30 through October 2, 2023. As noted, the Pretrial Services Officer supervising Mr. O'Mara and the Government both consent to this request.

Respectfully submitted,

/s/ Samson A. Enzer
Samson A. Enzer

cc: P.S.O. Christina Venable
A.U.S.A. Jane Kim
A.U.S.A. Catherine Ghosh

---

Application granted.

SO ORDERED:
Date: 9/21/23

Richard M. Berman
Richard M. Berman, U.S.D.J.