# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | JOAN MURTAGH FRANKEL | TELEPHONE: (212) 701-3000 | JOHN MacGREGOR | RICHARD A. STIEGLITZ JR. |
| HELENE R. BANKS | JONATHAN J. FRANKEL | WWW.CAHILL.COM | BRIAN T. MARKLEY | SUSANNA M. SUH |
| ANIRUDH BANSAL | SESI GARIMELLA | ——— | MEGHAN N. McDERMOTT | ANTHONY K. TAMA |
| LANDIS C. BEST | ARIEL GOLDMAN | | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| CHRISTOPHER BEVAN | PATRICK GORDON | 1990 K STREET, N.W. | EDWARD N. MOSS | HERBERT S. WASHER |
| BROCKTON B. BOSSON | JASON M. HALL | WASHINGTON, DC 20006-1181 | JOEL MOSS | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | STEPHEN HARPER | (202) 862-8900 | NOAH B. NEWITZ | DAVID WISHENGRAD |
| DONNA M. BRYAN | WILLIAM M. HARTNETT | | WARREN NEWTON § | C. ANTHONY WOLFE |
| EMEKA C. CHINWUBA | CRAIG M. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | DAVID R. OWEN | ELIZABETH M. YAHL |
| JOYDEEP CHOUDHURI * | TIMOTHY B. HOWELL | 20 FENCHURCH STREET | JOHN PAPACHRISTOS | |
| JAMES J. CLARK | DAVID G. JANUSZEWSKI | LONDON EC3M 3BY | LUIS R. PENALVER | |
| CHRISTOPHER W. CLEMENT | JAKE KEAVENY | +44 (0) 20 7920 9800 | SHEILA C. RAMESH | |
| AYANO K. CREED | BRIAN S. KELLEHER | ——— | MICHAEL W. REDDY | |
| PRUE CRIDDLE ± | RICHARD KELLY | | OLEG REZZY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | THOMAS ROCHER * | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| STUART G. DOWNING | JOEL KURTZBERG | (212) 701-3125 | THORN ROSENTHAL | |
| ADAM M. DWORKIN | TED B. LACEY | | TAMMY L. ROY | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | ALIZA R. LEVINE | | JONATHAN A. SCHAFFZIN | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| SAMSON A. ENZER | JOEL H. LEVITIN | | ANDREW SCHWARTZ | |
| GERALD J. FLATTMANN JR. | GEOFFREY E. LIEBMANN | | DARREN SILVER | |
| HELENA S. FRANCESCHI | MARK LOFTUS | | JOSIAH M. SLOTNICK | |

BY ECF AND EMAIL

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

November 12, 2023

Re: <u>United States v. <i>Mark O'Mara</i>, No. 23 Cr. 72 (RMB)</u>

Dear Judge Berman:

  We represent defendant Mark O'Mara, who pleaded guilty under a cooperation agreement with the government earlier this year and is scheduled to be sentenced before Your Honor on November 29, 2023 in this case. On behalf of Mr. O'Mara, we write to respectfully request a two-day extension of the deadline for his sentencing submission (from November 15 to November 17, 2023). The government has no objection to this request. While the defense has been working diligently to prepare Mr. O'Mara's sentencing submission, the additional two days are needed to give us sufficient to time to complete it.

  The requested extension as to our sentencing submission will not undermine the parties' ability to be prepared to proceed to sentencing on November 29, 2023. Indeed, the defense respectfully requests that the Court adhere to that November 29 sentencing date, as Mr. O'Mara has a number of supporters who have made travel arrangements to attend the sentencing hearing on November 29.

Respectfully submitted,

/s/ Samson A. Enzer

Samson A. Enzer
Lauren Riddell

---

Extension granted.

SO ORDERED:
Date: 11/13/23

*Richard M. Berman, U.S.D.J.*