UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                    Government, : 23 CR. 72 (RMB)
:
- against - : **ORDER**
:
:
MARK O'MARA, :
:
                    Defendant. :
-------------------------------------------------------------x

The sentencing scheduled for Wednesday, November 29, 2023 at 12:00 P.M. will take place in Courtroom 17B.

Dated: November 22, 2023
       New York, NY

                                                    RICHARD M. BERMAN
                                                      U.S.D.J.