USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 :
UNITED STATES OF AMERICA :
 : CONSENT PRELIMINARY ORDER
      - v. - : OF FORFEITURE/
 : MONEY JUDGMENT
MARK O'MARA, :
 : 23 Cr. 72 (RMB)
            Defendant. :
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   WHEREAS, on or about February 7, 2023, MARK O'MARA (the "Defendant"), was charged in a four-count Information, 23 Cr.     (RMB) (the "Information"), with federal program fraud, in violation of Title 18, United States Code, Section 666 and 2 (Count One); wire fraud in violation of Title 18, United States Code, Sections 1343 and 2 (Count Two); conspiracy to commit federal program fraud and wire fraud in violation of Title 18, United States Code, Section 371 (Count Three); and destruction of evidence in violation of Title 18, United States Code, Section 1519 (Count Four);

   WHEREAS, the Information included a forfeiture allegation as to Counts One though Three of the Information, seeking forfeiture to the United States, pursuant to Tittle 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Three of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Three of the Information;

   WHEREAS, on or about February 7, 2023, the Defendant pled guilty to Counts One through Four of the Information, pursuant to a plea agreement with the Government, wherein

the Defendant admitted the forfeiture allegation with respect to Counts One through Three of the Information and agreed to forfeit to the United States, pursuant to Tittle 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code Section 2461(c), a sum of money equal to $258,900 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One through Three of the Information,

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $258,900 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Catherine Ghosh and Jane Kim of counsel, and the Defendant, and his counsel, Nola Heller, Esq. and Samson Enzer, Esq., that:

1. As a result of the offenses charged in Counts One through Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $258,900 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, MARK O'MARA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.   The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          2/6/23
    CATHERINE GHOSH                          DATE
    JANE KIM
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-1114/2038


MARK O'MARA

By: _____          2/6/23
    MARK O'MARA                              DATE


By: _____          2/6/23
    NOLA HELLER, ESQ.                        DATE
    SAMSON ENZER, ESQ.
    Cahill, Gordon & Reindel, LLP
    Attorneys for Defendant
    32 Old Slip
    New York, NY 10005


SO ORDERED:

_____RMB_____                      11/28/23
HONORABLE RICHARD M. BERMAN                  DATE
UNITED STATES DISTRICT JUDGE