## CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

DANIEL R. ANDERSON
HELENE R. BANKS
ANIRUDH BANSAL
LANDIS C. BEST
CHRISTOPHER BEVAN
BROCKTON B. BOSSON
JONATHAN BROWNSON *
DONNA M. BRYAN
EMEKA C. CHINWUBA
JOYDEEP CHOUDHURI *
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
PRUE CRIDDLE ±
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
SAMSON A. ENZER
GERALD J. FLATTMANN JR.
HELENA S. FRANCESCHI

JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
SESI GARIMELLA
ARIEL GOLDMAN
PATRICK GORDON
JASON M. HALL
STEPHEN HARPER
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
JAKE KEAVENY
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER ‡
JOEL KURTZBERG
TED B. LACEY
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
MARK LOFTUS

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

WRITER'S DIRECT NUMBER
(212) 701-3125

JOHN MacGREGOR
BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
EDWARD N. MOSS
JOEL MOSS
NOAH B. NEWITZ
WARREN NEWTON §
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
THOMAS ROCHER *
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
ANDREW SCHWARTZ
DARREN SILVER
JOSIAH M. SLOTNICK

RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JOHN A. TRIPODORO
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
C. ANTHONY WOLFE
ELIZABETH M. YAHL

* ADMITTED AS A SOLICITOR IN
ENGLAND AND WALES ONLY
± ADMITTED AS A SOLICITOR IN
WESTERN AUSTRALIA ONLY
‡ ADMITTED IN DC ONLY
§ ADMITTED AS AN ATTORNEY
IN THE REPUBLIC OF SOUTH AFRICA
ONLY

**VIA ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/23

November 27, 2023

Re: *United States v. O'Mara*, No. 23 Cr. 72 (RMB)

Dear Judge Berman:

As Your Honor is aware, our client, Mark O'Mara, is scheduled to be sentenced by Your Honor on November 29, 2023. We write on behalf of Mr. O'Mara to respectfully withdraw the character letter submitted by Christopher Thomas (ECF No. 24-3 at C11), which was filed in support of Mr. O'Mara's sentencing submission to the Court dated November 17, 2023. The Government consents to our withdrawal of Mr. Thomas' letter.

The withdrawal of that letter will not undermine the defense's ability to be prepared to proceed to sentencing on November 29 at noon. The defense respectfully requests that the Court adhere to that November 29 sentencing date, as Mr. O'Mara has a number of supporters who have made travel arrangements to attend the sentencing hearing.

*Application granted on consent.*

Respectfully submitted,

/s/ Samson A. Enzer
Samson A. Enzer
Lauren Riddell

Cc: A.U.S.A. Jane Kim
A.U.S.A. Catherine Ghosh

SO ORDERED:
Date: 11/29/23     /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.