USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MARK O'MARA

**Consent
Order of Restitution**

23 Cr. 72 (RMB)

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Catherine Ghosh and Jane Kim, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Counts One, Two, and Three of the Information; and all other proceedings in this case, it is hereby ORDERED that:

### 1. Amount of Restitution

MARK O'MARA, the defendant, shall pay restitution in the total amount of $224,687.26, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victim of the offenses charged in Counts One, Two, and Three. The name and address of the victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

#### A. Joint and Several Liability

Restitution is not joint and several with other defendants or with others not named herein.

### 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant;

including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows: The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

Case 1:23-cr-00072-RMB   Document 30   Filed 11/29/23   Page 3 of 4

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s Jane Kim                                   11/27/2023
Catherine Ghosh / Jane Kim                        DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-1114 / 2038

MARK O'MARA

By: [signature]                                   11/27/2023
Mark O'Mara                                       DATE

By: [signature]                                   11/27/2023
SAMSON ENZER                                      DATE
Cahill Gordon & Reindel LLP
32 Old Slip, New York, NY 10005
Tel: 212-701-3125

SO ORDERED:
RMB                                               11/28/23
HONORABLE RICHARD M. BERMAN                       DATE
UNITED STATES DISTRICT JUDGE
2023.2.16                                3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

MARK O'MARA,

                Defendant.

**Schedule of Victims**

**23 Cr. 72 (RMB)**

| Count | Name | Address | Amount of Restitution |
|---|---|---|---|
| Counts One, Two, and Three | New York City Office of Management and Budget | New York City Office of Management and Budget c/o Yvonne Quintian 255 Greenwich St, 7th Floor New York, NY 10007 | $224,687.26 |
| **Total** | | | $224,687.26 |