**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 72 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| MARK O'MARA, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The probation hearing scheduled for Tuesday, December 12, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: December 6, 2023
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.