**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                Government,                 :    23 CR. 72 (RMB)
                                              :
      - against -                          :    **ORDER**
                                              :
                                              :
MARK O'MARA,                                  :
                                              :
                Defendant.                  :
-------------------------------------------------------------x

The probation hearing scheduled for Wednesday, January 17, 2024 at 9:30 A.M. will take place in Courtroom 17B.

Dated: January 10, 2024
       New York, NY

                                                        _____
                                                          RICHARD M. BERMAN
                                                                U.S.D.J.