UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
               Government,     :      23 CR. 72 (RMB)
                                         :
   - against -                          :      **ORDER**
                                         :
                                         :
MARK O'MARA,                             :
                                         :
               Defendant.      :
------------------------------------------------------------x

       The probation hearing scheduled for Wednesday, March 20, 2024 at 12:00 P.M. will take place in Courtroom 17B.


Dated: March 13, 2024
       New York, NY

                                               RICHARD M. BERMAN
                                               U.S.D.J.