**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,  :   23 CR. 72 (RMB)
                                          :
     - against -                      :   **ORDER**
                                          :
                                          :
MARK O'MARA,                              :
                                          :
                Defendant.   :
-------------------------------------------------------------x

The sentencing previously scheduled for Wednesday, March 20, 2024 at 12:00 P.M. is hereby rescheduled Tuesday, April 9, 2024 at 11:00 A.M.

The proceeding will take place in Courtroom 17B.

Dated: March 18, 2024
      New York, NY

                                           _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.