**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,        :
                                 :
               Government,    :     23 CR. 72 (RMB)
                                 :
  - against -                   :     **ORDER**
                                 :
                                 :
MARK O'MARA,                     :
                                 :
               Defendant.     :
------------------------------------------------------------x

      The probation hearing previously scheduled for Wednesday, March 20, 2024 at 12:00 P.M. is hereby rescheduled to Tuesday, April 9, 2024 at 11:00 A.M.

      The proceeding will be held in Courtroom 17B.

Dated: April 3, 2024
      New York, NY

                                                _____
                                                    RICHARD M. BERMAN
                                                         U.S.D.J.