UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :    23 CR. 72 (RMB)
                                         :
        - against -                      :    **ORDER**
                                         :
MARK O'MARA,                             :
                                         :
                    Defendant.           :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 29, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 510 954 724#

Dated: October 23, 2024
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.