# CRIMINAL MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: Richard M. Berman, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
USA ,

                             Government.

       -against-

Mark O'Mara,

                     Defendant(s)
-------------------------------------------------------------X

Docket No.   23 CR 72  (RMB)

## Select the type of Hearing or Trial.

| | | | |
|---|---|---|---|
| [ ]Allocution Hearing | [ x ]Evidentiary Hearing | [ ]Material Witness Hearing | [ ]Removal Hearing |
| [ ]Appearance Through Counsel | [ ]Extradition Hearing | [ ]Motion Hearing | [ ]Revocation of Probation - |
| [ ]Appearance Without Counsel | [ ]Fatico Hearing | [ ]Nara Report Hearing |   Final Hearing |
| []Arraignment | [ ]Forfeiture Hearing | [ ]Nebbia Hearing | [ ]Violation of Supervised |
| [ ]Attorney Appointment Hearing | [ ]Franks Hearing | [ ]Omnibus Hearing |   Release |
| [ ]Bench Trial | [ ]Hearing Out of Jury Presence | []Oral Argument | [ ]Rule 44(c) Hearing |
| [ ]Bond Forfeiture Hearing | [ ]Hearing re Pro Se Status | [ ]Plea Agreement Hearing | []Scheduling Conference |
| [ ]Bond Hearing | [ ]In Camera Hearing | [ ] Plea | [] Sentence |
| [ ]Bond Revocation Hearing | [ ]In Chambers Conference | [ ]Preliminary Examination | [ ]Show Cause Hearing |
| []Change of Plea Hearing | [ ]Initial Appearance | [ ]Preliminary Revocation | []Status Conference |
| [ ]Competency Hearing | [ ]Initial Appearance - |   Hearing | [ ]Suppression Hearing |
| [ ]Contempt Hearing |   Revocation Proceedings | [ ]Pretrial Conference | [ ]Telephone Conference |
| []Curcio Hearing | [ ]Initial Appearance - Rule 40 | [ ]Pre Se (Faretta) Hearing | [ ]Trial Ready Hearing |
| []Detention Hearing | [ ]James Hearing | [ ]Psychiatric Report | [ ]Voir Dire |
| [ ]Discovery Hearing | [ ]Jury Selection |   Hearing | []Other (Please Specify) |
| [ ]Dispositional Hearing (Juvenile) | []Jury Trial | [ ]Remand Hearing | |

    [ ]Began    [x] Held    [ ]Continued    [ ]Completed    [ ]Scheduled for

Date: 10/29/24   Time: 9:00 am   Duration: 21 minutes

10/29/24    Evidentiary hearing (Probation) held;
           AUSA Jane Kim present;
           Defense attorney Kiersten Fletcher present with defendant;
           USPO SDNY Karen Rosero present;
           Court Reporter Martha Martin present;
           Also present is Angel Caula, therapist, UNITAS, St. Mark's Institute;
           probation hearing held;
           witnesses sworn for testimony;
           documents entered into evidence - Court Exhibit A - transcript of proceedings held on
8/6/24;
           next hearing is scheduled for 12/19/24 at 9:00 am;
           hearing will be held remotely (video) on consent of all parties;
           see transcript of proceedings held for a complete record.

                                   Submitted by    C. Murray
                                        Deputy Court Clerk