**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,    :
    :
          Government,    :    23 CR. 72 (RMB)
    :
    - against -    :    **<u>ORDER</u>**
    :
MARK O'MARA,    :
    :
         Defendant.    :
-------------------------------------------------------------x

       The probation hearing is scheduled for Thursday, December 19, 2024 at

9:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

       Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 445 517 320#

Dated: December 11, 2024
       New York, NY

                        *Richard M. Berman*
                      **RICHARD M. BERMAN**
                        **U.S.D.J.**