# CRIMINAL MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: Richard M. Berman, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
USA ,

                                        Docket No.   23 CR 72  (RMB)

                        Government.
              -against-

Mark O'Mara,
                        Defendant(s)
--------------------------------------------------------------X

## Select the type of Hearing or Trial.

[  ]Allocution Hearing  [ x ]Evidentiary Hearing  [  ]Material Witness Hearing  [  ]Removal Hearing
[  ]Appearance Through Counsel  [  ]Extradition Hearing  [  ]Motion Hearing  [  ]Revocation of Probation -
[  ]Appearance Without Counsel  [  ]Fatico Hearing  [  ]Nara Report Hearing     Final Hearing
[ ]Arraignment  [  ]Forfeiture Hearing  [  ]Nebbia Hearing  [  ]Violation of Supervised
[  ]Attorney Appointment Hearing  [  ]Franks Hearing  [  ]Omnibus Hearing     Release
[  ]Bench Trial  [  ]Hearing Out of Jury Presence  [ ]Oral Argument  [  ]Rule 44(c) Hearing
[  ]Bond Forfeiture Hearing  [  ]Hearing re Pro Se Status  [  ]Plea Agreement Hearing  [ ]Scheduling Conference
[  ]Bond Hearing  [  ]In Camera Hearing  [ ] Plea  [] Sentence
[  ]Bond Revocation Hearing  [  ]In Chambers Conference  [  ]Preliminary Examination  [  ]Show Cause Hearing
[ ]Change of Plea Hearing  [  ]Initial Appearance  [  ]Preliminary Revocation  [ ]Status Conference
[  ]Competency Hearing  [  ]Initial Appearance -     Hearing  [  ]Suppression Hearing
[  ]Contempt Hearing     Revocation Proceedings  [  ]Pretrial Conference  [  ]Telephone Conference
[ ]Curcio Hearing  [  ]Initial Appearance - Rule 40  [  ]Pre Se (Faretta) Hearing  [  ]Trial Ready Hearing
[ ]Detention Hearing  [  ]James Hearing  [  ]Psychiatric Report  [  ]Voir Dire
[  ]Discovery Hearing  [  ]Jury Selection     Hearing  [ ]Other (Please Specify)
[  ]Dispositional Hearing (Juvenile)  [ ]Jury Trial  [  ]Remand Hearing

[  ]Began       [x] Held       [  ]Continued       [ ]Completed       [  ]Scheduled for

Date: 12/19/24   Time: 12:02 pm  Duration: 30 minutes

12/19/24        Evidentiary hearing (Probation) held;
                AUSA Jane Kim present;
                Defense attorney Samson Enzer present with defendant;
                USPO SDNY Karen Rosero present;
                Court Reporter Alena Lynch present;
                Also present is Angel Caula, therapist, UNITAS, St. Mark's Institute;
                probation hearing held;
                documents entered into evidence - Court Exhibit A - transcript of proceedings held on
10/29/24;
                probation to submit written application for early termination to the Court;
                Court grants permission for supervisee to travel to Pennsylvania and Ohio;
                Court grants permission for telehealth sessions;
                see transcript of proceedings held for a complete record.

                                        Submitted by____C. Murray_____
                                             Deputy Court Clerk

The above information is required for the JS 6 report to the AO.