

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒      Early Termination of Supervised Release Approved  (as of 12/31/24) RMB

☐      Early Termination of Supervised Release Denied

☐      Other:

_____
Honorable Richard M. Berman
Senior U.S. District Judge

12/20/24
_____
Date