UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,                          23-CR-72 (RMB)

      -against-                               **ORDER**

MARK O'MARA,

                Defendant.
------------------------------------------------------------x

U.S. Pretrial Services Office (SDNY) is requested to release Mark O'Mara's passport to Mr. O'Mara.

Date: January 28, 2025
New York, New York



RICHARD M. BERMAN, U.S.D.J.